1  SHOOK HARDY & BACON L.L.P.
   MICHAEL F. HEALY, SBN 95098
2  mfhealy@shb.com
   ALICIA J. DONAHUE, SBN. 117412
3  adonahue@shb.com
   EDWARD GAUS, SBN 289561
4  egaus@shb.com
   SHOOK, HARDY & BACON L.L.P.
5  555 Mission Street, Suite 2300
6  San Francisco CA  94105
   Telephone:     (415) 544-1900
7  Facsimile:     (415) 391-0281

8
   SHOOK, HARDY & BACON L.L.P.
9  Bryan T. Pratt (appearing pro hac vice)
   bpratt@shb.com
10 2555 Grand Blvd
   Kansas City, MO 64108
11

12 Attorney for Defendants COVIDIEN LP, COVIDIEN
   SALES LLC, COVIDIEN HOLDING, INC.,
13 MEDTRONIC, INC.

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 DONALD NICHOLS,                          | Case No. 3:20-CV-06836-EMC

17          Plaintiff,                       | **STIPULATION OF DISMISSAL
                                             | PURSUANT TO FRCP 41(a);
18     vs.                                   | [PROPOSED] ORDER OF
                                             | DISMISSAL WITHOUT
19                                           | PREJUDICE**
   COVIDIEN LP, COVIDIEN SALES LLC,
20 COVIDIEN HOLDING, INC., MEDTRONIC,
   INC., and DOES 1 through 10, inclusive,
21
22          Defendants.

23

24 TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

25      Plaintiff Donald Nichols ("Plaintiff") and Defendants Covidien LP, Covidien

26 Sales, LLC, Covidien Holding, Inc., and Medtronic, Inc. ("Defendants") hereby

27 stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned

28 action be dismissed without prejudice as to all claims, causes of action, and parties, with

                                      1

1    each party bearing that party's own costs and attorneys' fees.

2

3
     Dated:  October 22, 2021                    PANISH, SHEA & BOYLE LLP
4
                                                 By:      /s/ Peter Kaufman
5
                                                      PETER KAUFMAN
6                                                     Attorneys for Plaintiff
                                                      DONALD NICHOLS
7

8

9    Dated:  October 22, 2021                    SHOOK, HARDY & BACON L.L.P.

10

11                                               By:     /s/ Michael F. Healy
                                                      MICHAEL F. HEALY
12                                                    Attorneys for Defendants
                                                      COVIDIEN LP, COVIDIEN SALES LLC,,
13                                                    COVIDIEN HOLDING, INC., MEDTRONIC,
                                                      INC.
14

15

16                               ATTESTATION OF E-FILER

17          In compliance with Civil Local Rule 5.1, the filer attests that all other signatories listed and on

18   whose behalf of the filing is submitted, hereby attests that all signatories have concurred in the filing of

19   this document.

20

21   Dated: October 22, 2021                         /s/ Michael F. Healy
                                                     MICHAEL F. HEALY
22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

2

### **ORDER OF DISMISSAL**

3

4

5

6

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own costs and attorneys' fees.  The Clerk is directed to close the file.

7

8

9

Dated: October 22      , 2021          By:_____

10

Hon. Edward M. Chen
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3